**FILED**
AUG 21 2019
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

19-25247

Motion to extend the automatic Stay.
and notice of hearing.
Previous attourneys were not Sqilled and
did not give proper information.

September 17, 2019
@ 2:00 Pm

*[signature]*

8-21-19