DAVID P. CUSICK, #160467, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No: 19-25247-C-13C |
| | DCN: NONE PROVIDED |
| BRADLEY MARTIN | TRUSTEE'S OPPOSITION TO DEBTOR(S) MOTION TO EXTEND STAY |
| | DATE: SEPTEMBER 17, 2019 |
| | TIME: 2:00 P.M. |
| | JUDGE: KLEIN |
| Debtor(s) | COURTROOM: 33 |

DAVID P. CUSICK, TRUSTEE, opposes Debtor's Motion.

1) **NOT CLEAR WHY DEBTOR WANTS STAY EXTENDED**. Normally a Debtor seeks to extend the stay if they had a case dismissed within the last year, (other than under §707(b)), as provided under 11 U.S.C. §362(c)(3). Debtor only discloses one prior filing, 17-27655, (DN 1, Page 3), although Debtor also had 18-20162 (close 3/28/18), and a prior

1

Chapter 7, (99-11535, discharged June 9, 1999, although the petition is restricted or sealed and cannot be viewed on PACER.)

The Chapter 13 Trustee cannot find a case filed by the Debtor which has been dismissed within the last year, so Debtor may not need the relief requested.

2) **INCOMPLETE FILING.** Debtor may have their case dismissed prior to the hearing. Debtor did not file all documents and the Court has allowed until September 4, 2019, for the documents to be filed, (DN 3), so even if the stay will expire Debtor has not given adequate cause to extend it – they have not shown why the prior case failed and why this case will succeed.

Unless the Debtor acts, the case may be dismissed prior to this hearing.

3) **MORTGAGE DELAY**. Where Debtor has listed only "Ditech" in the Master Address list, (DN 4), Debtor appears to probably have a mortgage and may be delaying making monthly payments to the mortgage. In Chapter 13 a Debtor must normally pay the senior mortgage to keep their home, Debtor may be creating a problem if they are delaying making mortgage payments, although they may need to make the payments to the Trustee rather than the mortgage directly. If the stay will otherwise expire, the Court should not extend it absent absent proof the mortgage payment is being made or arrangements have been made to do so.

WHEREFORE, the movant prays that the Court deny the motion .

Dated: AUGUST 22, 2019

_____
NEIL ENMARK, Attorney for Trustee