DAVID P CUSICK, #160467 TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
KRISTEN A. KOO, #230856, Attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No: 19-25247-C-13C |
| | DCN: DPC-1 |
| BRADLEY MARTIN, | TRUSTEE'S MOTION TO DISMISS CASE |
| | DATE: NOVEMBER 20, 2019 |
| | TIME: 9:00 A.M. |
| | JUDGE: KLEIN |
| Debtor(s) | COURTROOM: 33 |

DAVID P. CUSICK, STANDING CHAPTER 13 TRUSTEE, hereby moves the Court for an order dismissing this case pursuant to 11 U.S.C. §1307(c) as the Debtor is causing an unreasonable delay that is prejudicial to creditors.

1. **DELINQUENCY.** The Debtor is $3,725.00 delinquent in plan payments to the Trustee to date and the next scheduled payment of $3,725.00 is due on October 25, 2019. The case was filed on August 21, 2019. The Debtor has paid $0.00 into the plan to date.

2. **PLAN NOT SERVED**: The Debtor's plan was filed on September 18, 2019, and has not been served on all interested parties and no Motion to Confirm Plan is pending. The petition in this case was filed on August 21, 2019. No plan was filed with the petition. The Trustee caused the Court to issue the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Deadlines on September 11, 2019.

WHEREFORE, the Trustee asks that the Court grant an order dismissing this proceeding.

Dated: OCTOBER 10, 2019

Talvinder S. Bambhra, Attorney for Trustee